■ DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK, Respondent, v 941 ST. NICHOLAS AVENUE REALTY CORP. et al., Respondents, and ADONIS MORFESIS, Appellant.—Order of the Appellate Term of the Supreme Court, First Department, entered on January 8, 1988, unanimously affirmed, without costs and without disbursements. *(See, Department of Hous. Preservation & Dev. v 24 W. 132 Equities,* 150 AD2d 181 [decided herewith].) No opinion. Concur—Murphy, P. J., Ross, Kassal and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCO ABREU, Appellant.—Judgment, Supreme Court, New York County (Shirley Levittan, J.), rendered on March 27, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Murphy, P. J., Kupferman, Carro, Milonas and Smith, JJ.

■ DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK, Respondent, v 24 WEST 132 EQUITIES, INC., Respondent, and ADONIS MORFESIS, Appellant. (Action No. 1.) DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK, Respondent, v CHANCE EQUITIES, INC., et al., Respondents, and ADONIS MORFESIS, Appellant. (Action No. 2.) DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK, Respondent, v 232 WEST ASSOCIATES et al., Respondents, and ADONIS MORFESIS, Appellant. (Action No. 3.)—Orders of the Appellate Term of the Supreme Court, First Department, entered on December 8, 1987, December 23, 1987, and January 7, 1988, respectively, unanimously affirmed, without costs and without disbursements. *(See, Department of Hous. Preservation & Dev. v 941 St. Nicholas Ave. Realty Corp.,* 150 AD2d 181 [decided herewith].) No opinion. Concur—Kupferman, J. P., Milonas, Kassal, Ellerin and Wallach, JJ. *[See,* 137 Misc 2d 459.]